IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KAREEM HASSAN MILHOUSE,**      :
                                 :
    **Plaintiff**       :   CIVIL NO. 1:16-CV-01622
                                 :
  **vs.**                      :
                                 :
**JENNIFER SEROSKI,**            :   (Judge Rambo)
**ET AL.,**                      :
                                 :
    **Defendants**     :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Milhouse's motion to proceed <u>in forma pauperis</u> (Doc. 2) is **DENIED**.

2. Milhouse's complaint is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

December 6, 2016